Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Massachusetts

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | ROOTS 'N SHOOTS, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 4 2 1 1 6 5 1 |

**4. Debtor's address**

Principal place of business

1310 Trillium Circle
Number        Street

Acton, MA 01720
City                          State      ZIP Code

Middlesex
County

Mailing address, if different from principal place of business

PO Box Box 476

Number        Street

Westford, MA 01886
City                          State      ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://www.rootsnshoots.com/ |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | ROOTS 'N SHOOTS, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

*A. Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. §101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. §781(3))
- [x] None of the above

*B. Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5   6   1   7</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check **all** that apply:*
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- [x] No
- [ ] Yes. Debtor _____ Relationship _____
  District _____ When _____
  MM / DD / YYYY
  Case number, if known _____

Debtor    ROOTS 'N SHOOTS, LLC
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br><br>    _____<br><br>    _____    _____    _____<br>    City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

| | | | |
|---|---|---|---|
| ▮ | **Statistical and administrative information** | | |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000            ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000        ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million        ☐ More than $50 billion |

Debtor    ROOTS 'N SHOOTS, LLC _____    Case number *(if known)* _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/18/2023
         MM/  DD/  YYYY

**X** /s/ Stevhan Kardell _____    _____ Stevhan Kardell
Signature of authorized representative of debtor    Printed name

Title _____ Manager _____

**18. Signature of attorney**

**X** _____ /s/ Cynthia Ravosa _____    Date  11/18/2023
Signature of attorney for debtor    MM/  DD/  YYYY

Cynthia Ravosa _____
Printed name

Ravosa Law Offices PC _____
Firm name

One South Avenue _____
Number       Street

Natick _____    MA ____    01760 ____
City    State    ZIP Code

(508) 655-3013 _____    massachusettsbankruptcycenter@gmail.com
Contact phone    Email address

696996 _____    MA ____
Bar number    State

**Fill in this information to identify the case:**

Debtor Name  **ROOTS 'N SHOOTS, LLC**

United States Bankruptcy Court for the: District of  **Massachusetts**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)  Type of account  Last 4 digits of account number

   3.1. **Workers Credit Union**  **Checking account**  **5  6  4  6**  **($1,715.77)**

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  _____

   4.2. _____  _____

5. **Total of Part 1**  **($1,715.77)**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____

   7.2 _____  _____

Debtor    <u>ROOTS 'N SHOOTS, LLC</u>                       Case number *(if known)* _____
       Name

---

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1   _____      _____

      8.2   _____      _____

**9.**    **Total of Part 2**

      Add lines 7 through 8. Copy the total to line 81.               [_____]

| Part 3: | Accounts receivable |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.

      ☐ Yes. Fill in the information below.

                                                              **Current value of**
                                                              **debtor's interest**

**11.**    **Accounts receivable**

      11a. 90 days old or less:   _____ - _____ = ..... ➔    _____
                              face amount                doubtful or uncollectible accounts

      11b. Over 90 days old:   _____ - _____ = ..... ➔    _____
                              face amount                doubtful or uncollectible accounts

**12.**    **Total of Part 3**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.      [_____]

| Part 4: | Investments |
|---|---|

**13.**    **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                     **Valuation method used**     **Current value of**
                                                     **for current value**        **debtor's interest**

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1   _____    _____    _____

      14.2   _____    _____    _____

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                % of
                                                ownership:

      15.1 _____ _____    _____    _____

      15.2 _____ _____    _____    _____

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

      Describe:

      16.1 _____    _____    _____

---

Debtor   **ROOTS 'N SHOOTS, LLC**                                  Case number *(if known)* _____
      Name

16.2 _____   _____   _____

17. **Total of Part 4**                                                                    _____
    Add lines 14 through 16. Copy the total to line 83.

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Piping, Sand and etc | MM / DD / YYYY | unknown | Estimate | $1,000.00 |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**                                                                    _____
    Add lines 19 through 22. Copy the total to line 84.                               $1,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **ROOTS 'N SHOOTS, LLC**                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.
    $\boxed{\text{_____}}$

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 39. **Office furniture** | | | |

| Debtor | ROOTS 'N SHOOTS, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | 3 wheel barrows, rusted 2 pocket bobcat, extension cords, plug n play hedge trimmer, empty gas tanks, empty diesel tanks, misc tools | unknown | | $1,500.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

| 43. | **Total of Part 7** | $1,500.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2015 Bobcat E26 Mini Excavator / VIN: B33213031** | unknown | Evaluation by Bobcat of NH, Londonderry, NH | $20,000.00 |
| 47.2 **2019 Bobcat T550 / VIN: AJZV22849 Track Machine** | unknown | Evaluation by Bobcat of NH, Londonderry, NH | $30,000.00 |
| 47.3 **2018 Chevrolet HD3500 / VIN: 1GB3KYCY6JF214209 Dump Truck** | unknown | Appraisal from Nucar Chevy in Lowell MA | $12,000.00 |
| 47.4 **2005 Ford F350 / VIN: 1FDWF37515EA43442** | unknown | Valuation by Acton Fords, Acton, MA | $2,500.00 |

Debtor   **ROOTS 'N SHOOTS, LLC**                                  Case number *(if known)* _____
         Name

| | | Current Inventory Trailer Enterprises | |
|---|---|---|---|
| 47.5 **2019 Cam Utility Trailer / VIN: SJWCF1625KP502162** | unknown | Hagerstown, MD | $4,695.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2016 Multiquip MC94SH8 Mixer / VIN: C2152213** | unknown | pavingequiptment.com | $2,850.00 |
| **2021 Multiquip MQ Cement MC-94 Concrete Mixer / VIN: C2152213** | unknown | Ebay | $4,499.99 |
| **2019 Cam Superline Warrier Cement Trailer / VIN: C1252077** | unknown | Current Inventory Trailer Enterprises | $4,999.99 |
| **2016 Multiquio Concrete Mixer Value** | unknown | pavingequiptment.com | $2,850.00 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                  | $84,394.98 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |

Debtor   **ROOTS 'N SHOOTS, LLC**
_____   Case number (if known) _____
Name

| 55.5 | _____ | _____ | _____ | _____ |
|------|---------|---------|---------|---------|
| 55.6 | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------|-----------------------------------------|-------------------------------------|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| Logo | unknown | n/a | unknown |
| **61.  Internet domain names and websites** | | | |
| www.rootsnshoots.com | unknown | godaddy.com | $1,795.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| Customer Lists in Quickbooks | unknown | n/a | unknown |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |
| Goodwill | unknown | n/a | unknown |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$1,795.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

| Debtor | __ROOTS 'N SHOOTS, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ =➡  _____
                     Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

__Commerical General Liability through Arbella Protection InsuranceCompany__    $0.00

__Insurance through Arbella Protection Ins. Co on Equipment__    $0.00

__Workers Compensation Insurance Associated Employer Insurance Company__    $0.00

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

Nature of claim    _____

Amount requested    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

__Claim against Strategic Turnaround LLC for monies being held for Debt Settlement__    $52,000.00

Nature of claim    _____

Amount requested    _____unknown_____

**76.** **Trusts, equitable or future interests in property**

---

Debtor    __ROOTS 'N SHOOTS, LLC__    Case number *(if known)* _____
    Name

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

_____    _____

_____    _____

_____    _____

78. **Total of Part 11**    | $52,000.00 |

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($1,715.77) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $84,394.98 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................ ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,795.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $52,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $138,974.21 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $138,974.21 |

Fill in this information to identify the case:

Debtor name _____ROOTS 'N SHOOTS, LLC_____

United States Bankruptcy Court for the: District of ___Massachusetts___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A
Amount of claim
Do not deduct the value of collateral. | Column B
Value of collateral that supports this claim |
|---|---|---|

| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | $13,055.38 | $12,000.00 |
|---|---|---|---|

Ally Financial Inc.

2018 Chevrolet HD3500

**Creditor's mailing address**

P.O. Box 380901

**Describe the lien**

Vehicle

Bloomington, MN 55438

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**As of the petition filing date, the claim is:**
Check all that apply.

**Last 4 digits of account number** __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,047,768.50

Debtor    ROOTS 'N SHOOTS, LLC                                    Case number (if known) _____
        Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Corporation Service Company

**Creditor's mailing address**

801 Adlai Stevenson Drive

Springfield, IL 62703

**Creditor's email address, if known**

_____

**Date debt was incurred**          11/6/2020

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| unknown | unknown |

**Remarks:** ALL DEBTOR'S PRESENT AND FUTURE ACCOUNTS AND THE DIRECT AND INDIRECT PROCEEDS THEREOF. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTUOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

Debtor    ROOTS 'N SHOOTS, LLC                                           Case number (if known) _____
          Name

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Corporation Service Company

**Creditor's mailing address**

PO Box Box 2576

Springfield, IL 62708

**Creditor's email address, if known**

_____

**Date debt was incurred**          2/17/2021

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

unknown      unknown

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Receivables - All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c.Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

Debtor   ROOTS 'N SHOOTS, LLC
_____   Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Part 1:   Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4**

**Creditor's name**

Newtek Small Business Finance, LLC

**Creditor's mailing address**

1981 Marcus Avenue Ste 130

New Hyde Park, NY 11042

**Creditor's email address, if known**

**Date debt was incurred**   11/13/2020

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$58,947.50   |   unknown

**Remarks:** All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

Debtor   ROOTS 'N SHOOTS, LLC
_____       Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

Newtek Small Business Finance, LLC
_____

**Creditor's mailing address**

1981 Marcus Avenue Ste 130
_____

New Hyde Park, NY 11042
_____

**Creditor's email address, if known**

**Date debt was incurred**   12/10/2018

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
UCC Lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$159,589.99   unknown

**Remarks:** All of Debtor's right, title and interest in all personal property of Debtor, now owned and hereafter acquired, of every kind and description wherever located, including, without limitation: all accounts and accounts receivable, general intangibles, chattel paper whether tangible or electronic, instruments including promissory notes, documents, goods including raw materials, work-in-process and finished goods including embedded software, and all accessions to any goods, machinery, furniture, inventory, equipment and fixtures, intellectual property of any kind or nature including trademarks, servicemarks, patents and copyrights whether or not recorded or registered, liquor licenses, business licenses, letter of credit rights whether or not the letter of credit is evidenced by a writing, financial assets and investment property, deposit accounts whether or not maintained at Secured Party, commercial tort claims, supporting obligations, and any and all products and proceeds of any of the foregoing, whether now existing or hereafter arising or acquired in and to any and all items of personal property, together with all attachments, accessions and equipment now or hereafter affixed thereto or used in connection therewith, all substitutions and replacements thereof and any products and proceeds thereof (the "Collateral").

Debtor    ROOTS 'N SHOOTS, LLC _____    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** Creditor's name

NS Leasing, LLC

**Describe debtor's property that is subject to a lien**

unknown                    unknown

**Creditor's mailing address**

747 Pine Street Ste. 201

Burlington, VT 05401

**Creditor's email address, if known**

_____

**Describe the lien**

UCC Lien

**Date debt was incurred**         6/14/2019

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 1) New Easterner 9 Foot Dump Body with Tool Box and Tarp
1) Fisher, 9' Steelcaster Sander, SN 16030220596099005
1) Protech 8' Snow Pusher, IST Steel Edge, SN: 47051
1) New Fuel System

Debtor   ROOTS 'N SHOOTS, LLC                                         Case number (if known) _____

    Name

---

| **Part 1:** | Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** Creditor's name

Silverline Services, Inc.

**Creditor's mailing address**

265 Sunrise Highway Ste. 236

Rockville Centre, NY 11570

**Creditor's email address, if known**

_____

Date debt was     11/30/2020
incurred

Last 4 digits of    ___ ___ ___ ___
account
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

     _____

   ☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | unknown | unknown |

**Remarks:** Certain future receivables sold by said business seller and purchased by Silverline Services Inc., as buyer, pursuant to that
certain purchase and sale of future receivables agreement between seller and purchaser dated 11/30/2020 (the "agreement")

---

Debtor    ROOTS 'N SHOOTS, LLC                                          Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

2 North 20th Street Ste. 320

Birmingham, AL 35203

**Creditor's email address, if known**

_____

**Date debt was incurred**    1/11/2021

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

$774,260.49    unknown

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

Debtor   ROOTS 'N SHOOTS, LLC
_____   Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.9 Creditor's name**

Wells Fargo Vendor Financial Services

**Creditor's mailing address**

PO Box 35701

Billings, MT 59107

**Creditor's email address, if known**

_____

**Date debt was incurred**   11/28/2021

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Bobcat T550

**Describe the lien**

Equipment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $25,000.00

Column B: $30,000.00

Debtor    ROOTS 'N SHOOTS, LLC
_____          Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

Wells Fargo Vendor Financial Services

**Creditor's mailing address**

PO Box 35701

Billings, MT 59107

**Creditor's email address, if known**

_____

**Date debt was incurred**    11/28/2021

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $16,915.14    $20,000.00

2015 Bobcat E26 Mini Excavator

**Describe the lien**

Equiptment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ROOTS 'N SHOOTS, LLC |
| United States Bankruptcy Court for the: | District of Massachusetts |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___  **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **Is the claim subject to offset?**  ☐ No  ☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___  **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **Is the claim subject to offset?**  ☐ No  ☐ Yes | | |

| Debtor | **ROOTS 'N SHOOTS, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims</div>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Arbella**

**PO Box Box 55392**

**Boston, MA 02205-5392**

Date or dates debt was incurred   **11/14/2019**

Last 4 digits of account number   **1   3   4   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,555.20**

---

**3.2** Nonpriority creditor's name and mailing address
**Bobcat of Boston, Inc.**

**20 Concord Street**

**North Reading, MA 01864**

Date or dates debt was incurred   **11/11/2021**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,500.00**

---

**3.3** Nonpriority creditor's name and mailing address
**Camosse Masonry Supply**

**64 Southwest Cutoff**

**Worcester, MA 01604**

Date or dates debt was incurred   **11/15/2022**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Masonary Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$908.05**

---

**3.4** Nonpriority creditor's name and mailing address
**Cavicchio Greenhouses, Inc.**

**110 Codjer Lane**

**Sudbury, MA 01776**

Date or dates debt was incurred   **9/2022**

Last 4 digits of account number   **7   0   4   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,372.88**

Debtor    **ROOTS 'N SHOOTS, LLC**                                    Case number *(if known)* _____
          Name

## Part 2:   Additional Page

**3.5**  **Nonpriority creditor's name and mailing address**

Cedar Advance

25 ROBERT PITT DRIVE

SUITE 204

Monsey, NY 10952

Date or dates debt was incurred    1/2021

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $61,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**

Erika Marsilio and Iftekhar Rahman

34 Sweetwater Ave

Bedford, MA 01730-1106

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $29,083.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7**  **Nonpriority creditor's name and mailing address**

Goldsmith, Prest and Ringwall, Inc.

39 Main St 301

Ayer, MA 01432

Date or dates debt was incurred    5/24/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $7,839.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Engineering Services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**  **Nonpriority creditor's name and mailing address**

Gulsah Erkan and Murat Erkan

25 Bateson Dr

Andover, MA 01810-3401

Date or dates debt was incurred    10/3/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **ROOTS 'N SHOOTS, LLC**                                      Case number *(if known)* _____
     Name

---

**Part 2:** Additional Page

---

**3.9**   Nonpriority creditor's name and mailing address

**Home Depot**

**PO Box 7032**

**Sioux Falls, SD 57117-7032**

Date or dates debt was incurred    **9/15/2022**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:      **$8,010.99**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address

**LEC Environmental**

**380 Lowell St**

**Wakefield, MA 01880**

Date or dates debt was incurred    **3/14/2023**

Last 4 digits of account number   **9**   **3**   **4**   **9**

As of the petition filing date, the claim is:      **$2,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Projection Coordination**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**   Nonpriority creditor's name and mailing address

**Matignetti's Enterprises Inc.**

**29 High Street**

**Woburn, MA 01801**

Date or dates debt was incurred    **10/26/2020**

Last 4 digits of account number   **R**   **1**   **3**   **0**

As of the petition filing date, the claim is:      **$18,008.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Masonary Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**   Nonpriority creditor's name and mailing address

**Newco Capital Group VI, LLC**

**c/o VCorp Agent Services, Inc.**

**25 Robert Pitt Dr Ste 204**

**Monsey, NY 10952-3366**

Date or dates debt was incurred    **1/28/2021**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:      **$36,490.78**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Civil Judgment**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **ROOTS 'N SHOOTS, LLC**                                      Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,100.00** |

Robert and Michele Gottlieb

69 Sherburn Circle Weston, Mass

Weston, MA 02493

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    6/1/2022

**Basis for the claim:**  Customer

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

Rohit Bhargava

15 Lillian Road

Lexington, MA 02420

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    2/27/2023

**Basis for the claim:**  Unfinished work

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,219.49** |

Safety Insurance

PO Box Box 371312

15250-7312

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    10/24/2023

**Basis for the claim:**  Insurance

**Last 4 digits of account number**  2 4 0 7

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,660.76** |

Savage Farms

128 Lower Road

Deerfield, MA 01342

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    6/2022

**Basis for the claim:**  Sod/Grass/Seed

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **ROOTS 'N SHOOTS, LLC**
Name

Case number *(if known)*

---

### Part 2:   Additional Page

**3.17** | **Nonpriority creditor's name and mailing address**

SBA EIDL Loan

O'Neill Federal Building

10 Causeway Street Room 265

Boston, MA 02222

Date or dates debt was incurred    2020

Last 4 digits of account number    8   2   0   4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan -Amount
Listed on Schedule D

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.18** | **Nonpriority creditor's name and mailing address**

Sing Kwok

45 Village View Road

Westford, MA 01886

Date or dates debt was incurred    3/15/2022

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,200.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**

SiteOne Landscape Supply

300 Colonial Center Parkway 550

Roswell, GA 30076-4883

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

**$139.74**

---

**3.20** | **Nonpriority creditor's name and mailing address**
SiteOne Landscape Supply

300 Colonial Center Parkway 550

Roswell, GA 30076-4883

Date or dates debt was incurred    9/28/2022

Last 4 digits of account number    2   5   9   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,780.57**

---

| Debtor | **ROOTS 'N SHOOTS, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

SodCo

PO Box BOX 2

Slocum, RI 02877

Date or dates debt was incurred    **8/24/2023**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$2,868.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sod

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Strategic Turnaround, LLC

Processing Department

1 Bridge Plaza 2nd Fl.

Fort Lee, NJ 07024

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                          Listed for informational
**Basis for the claim:**  Purposes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Susan Tillman

36 Page Rd

Bedford, MA 01730-1333

Date or dates debt was incurred    **6/1/2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$14,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

The Dirt Doctors

960 Main Street

Acton, MA 01720

Date or dates debt was incurred    _____

Last 4 digits of account number    **8   0   0   1**

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                          Listed for Informational
**Basis for the claim:**  purposes

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **ROOTS 'N SHOOTS, LLC**
         Name

Case number *(if known)* _____

---

### Part 2: Additional Page

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Thomas L. Bingham, Sr.

103 Brookfield Rd

Fiskdale, MA 01518-1135

Date or dates debt was incurred   9/26/2021

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$88,000.00

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $31,443.15 |

**Nonpriority creditor's name and mailing address**

Woburn Concrete & Masonry Supply

237 Salem St

Woburn, MA 01801

Date or dates debt was incurred   4/20/2023

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Concrete

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,443.15

---

| Debtor | __ROOTS 'N SHOOTS, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Berkovitch & Bouskila, PLLC**<br>**ATTN Ariel Bouskila, Esq.**<br>**80 Broad St Ste 3303**<br>**New York, NY 10004-2845** | Line **3.12**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **Cedar Advance LCC**<br>**2917 Avenue 204**<br>**Brooklyn, NY 11210** | Line **3.5**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3  **Cedar Advance, LLC**<br><br>**2917 Avenue Ste. 204**<br>**Brooklyn, NY 11210** | Line **3.5**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4  **Strategic Turnaround LLC**<br>**50 Harrison Street Suite 109**<br>**Hoboken, NJ 07030** | Line **3.22**<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **ROOTS 'N SHOOTS, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 4:**</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$364,031.36** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$364,031.36** |

Fill in this information to identify the case:

Debtor name _____ROOTS 'N SHOOTS, LLC_____

United States Bankruptcy Court for the:

_____District of Massachusetts_____

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Revenue Purchase Agreement <br> Contract to be REJECTED | NewCo Capital Group VI, LLC <br> Berkovitch & Bouskila, PLLC <br> 80 Broad St Suite 3303 <br> New York, NY 10004-2230 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Revenue Purchase Agreement <br> Contract to be REJECTED | Cedar Advance, LLC <br><br> 2917 Avenue Ste. 204 <br> Brooklyn, NY 11210 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Debt Consulting & Settlement <br> Contract to be REJECTED | Strategic Turnaround, LLC <br> Processing Department <br> 1 Bridge Plaza 2nd Fl. <br> Fort Lee, NJ 07024 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **ROOTS 'N SHOOTS, LLC**

United States Bankruptcy Court for the: District of    **Massachusetts**
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Stevhan Kardell | Po Box 476 <br> Street <br><br> Westford, MA 01886-0012 <br> City            State            ZIP Code | SiteOne Landscape Supply | ☐ D ☑ E/F ☐ G |
| | | Woburn Concrete & Masonry Supply | ☐ D ☑ E/F ☐ G |
| | | Goldsmith, Prest and Ringwall, Inc. | ☐ D ☑ E/F ☐ G |
| | | Home Depot | ☐ D ☑ E/F ☐ G |
| | | Matignetti's Enterprises Inc. | ☐ D ☑ E/F ☐ G |
| | | SiteOne Landscape Supply | ☐ D ☑ E/F ☐ G |
| | | Cavicchio Greenhouses, Inc. | ☐ D ☑ E/F ☐ G |
| | | Savage Farms | ☐ D ☑ E/F ☐ G |
| | | Cedar Advance | ☐ D ☑ E/F ☐ G |

| Debtor | ROOTS 'N SHOOTS, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Newco Capital Group VI, LLC | ☐ D  ☑ E/F  ☐ G |
| | | LEC Environmental | ☐ D  ☑ E/F  ☐ G |
| | | Newtek Small Business Finance, LLC | ☑ D  ☐ E/F  ☐ G |
| | | U.S. Small Business Administration | ☑ D  ☐ E/F  ☐ G |
| | | Newtek Small Business Finance, LLC | ☑ D  ☐ E/F  ☐ G |
| | | Susan Tillman | ☐ D  ☑ E/F  ☐ G |
| | | Erika Marsilio and Iftekhar Rahman | ☐ D  ☑ E/F  ☐ G |
| | | Gulsah Erkan and Murat Erkan | ☐ D  ☑ E/F  ☐ G |
| | | Camosse Masonry Supply | ☐ D  ☑ E/F  ☐ G |
| | | Robert and Michele Gottlieb | ☐ D  ☑ E/F  ☐ G |
| 2.2 | _____  Street  _____  City  State  ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____  Street  _____  City  State  ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Debtor    **ROOTS 'N SHOOTS, LLC**                                        Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

| Fill in this information to identify the case: |
| --- |

Debtor name _____ROOTS 'N SHOOTS, LLC_____

United States Bankruptcy Court for the:

_____District of Massachusetts_____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*............................................................................

    | $0.00 |
    | --- |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*.........................................................................

    | $138,974.21 |
    | --- |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*............................................................................

    | $138,974.21 |
    | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $1,047,768.50 |
    | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................

    | $0.00 |
    | --- |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

    | + $364,031.36 |
    | --- |

4. **Total liabilities**.......................................................................................................................

    Lines 2 + 3a + 3b

    | $1,411,799.86 |
    | --- |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ROOTS 'N SHOOTS, LLC |
| United States Bankruptcy Court for the: | District of Massachusetts |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From 01/01/2023 to Filing date  MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | $637,322.79 |
| **For prior year:**  From 01/01/2022 to 12/31/2022  MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | $295,721.00 |
| **For the year before that:**  From 01/01/2021 to 12/31/2021  MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business  ☐ Other _____ | $739,501.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From 01/01/2023 to Filing date  MM/ DD/ YYYY | | |
| **For prior year:**  From 01/01/2022 to 12/31/2022  MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:**  From 01/01/2021 to 12/31/2021  MM/ DD/ YYYY   MM/ DD/ YYYY | | |

Debtor __ROOTS N SHOOTS, LLC_____    Case number *(if known)*_____
         Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>City            State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Stevhan Kardell<br>Creditor's name<br><br>Po Box 476<br>Street<br><br>_____<br><br>Westford, MA 01886-0012<br>City            State    ZIP Code | 11/15/2022-11<br>/3/2023 | $119,165.19 | Payroll and Draws<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor ___ROOTS N SHOOTS, LLC_____    Case number *(if known)*_____

Name

5.1. _____    _____    _____  _____

Creditor's name

Street _____

_____

City                State        ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br><br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

<div style="background:black;color:white">**Part 3:** Legal Actions or Assignments</div>

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| NEWCO CAPITAL GROUP VI LLC v. ROOTS N SHOOTS LLC et al <br><br> **Case number** <br><br> 128792-2021 | Collection | Ontario County Supreme Court <br> Name <br><br> 27 North Main Street <br> Street <br><br> _____ <br> Canandaigua, NY 14424 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. **Case title** <br><br> Cedar Advance, LLC <br><br> **Case number** <br><br> _____ | Collection | Supreme Court of the State of New York <br> Name <br><br> 60 Centre St <br> Street <br><br> _____ <br> New York, NY 10007 <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    ROOTS 'N SHOOTS, LLC                                                    Case number *(if known)* _____
_____
Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| | **Case number** | Street |
| City          State     ZIP Code | | |
| | | City          State     ZIP Code |
| | **Date of order or assignment** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |
| Recipient's name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| **10.1.** _____ | _____ | _____ | _____ |

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    ROOTS N SHOOTS, LLC                                  Case number *(if known)* _____
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Ravosa Law Offices Pc | Bankruptcyand Debt Settlement Representation | 07/21/2023 | $6,400.00 |

**Address**

One South Avenue
Street

Natick, MA 01760
City                        State      ZIP Code

**Email or website address**

massachusettsbankruptcycenter@gmail.com

**Who made the payment, if not debtor?**

_____

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____
City                        State      ZIP Code

**Relationship to debtor**

_____

---

| Debtor | ROOTS N SHOOTS, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. 86 Boston Road
Street

Chelmsford, MA 01824
City          State    ZIP Code

From  11/15/2017    To  03/05/2021

14.1. 14131 Bay Drive
Street

Westford, MA 01886-0012
City          State    ZIP Code

From  03/06/2021    To  03/05/2022

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City          State    ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Data in Quickbooks

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor   ROOTS N SHOOTS, LLC _____   Case number (if known) _____
         Name

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Enterprise Bank<br>Name<br>22 Merrimack Street<br>Street<br><br>Lowell, MA 01852<br>City        State    ZIP Code | XXXX– 0  8  1  2 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other<br>_____ | 11/30/2022 | $0.00 |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Debtor    ROOTS N SHOOTS, LLC                                Case number *(if known)*
     Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | iStorage<br>Name | | See Schedule B | ☑ No |
| | 23 Glen Ave 410<br>Street | | | ☐ Yes |
| | | **Address** | | |
| | Chelmsford, MA 01824<br>City    State   ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Thomas Bingham Sr<br>Name | 23 Glen Ave | Mattress, Box Spring, Couch, 2 | $4,500.00 |
| 79 Alpine St<br>Street | Chelmsford, MA 01824 | Tables, Bureau, Pavers | |
| Cambridge    MA    02138<br>City    State   ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- **Environmental law** means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- **Site** means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- **Hazardous material** means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State   ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 8

Debtor    ROOTS N SHOOTS, LLC _____    Case number (if known) _____
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Roots n Shoots LLC<br>Name<br>1310 Trillium Circle<br>Street<br><br>Acton, MA 01720<br>City          State     ZIP Code | Landscaping | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From 02/9/2018     To 11/03/2023 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Cents and Balances - Katherine White<br>Name<br>PO Box 3916<br>Street<br><br>Concord, NH 03302<br>City          State          ZIP Code | From 02/16/2021    To 02/02/2022 |

Debtor    ROOTS 'N SHOOTS, LLC                                                     Case number (if known)
          Name

| Name and address | Dates of service |
|---|---|
| 26a.2. JLS Accounting Inc - Jaime Lyn Soares<br>Name<br><br>55 Green St<br>Street<br><br><br>Bridgewater, MA 02324<br>City                          State              ZIP Code | From 02/02/2022    To 11/20/2022 |

| Name and address | Dates of service |
|---|---|
| 26a.3. GJBCPA Firm - Greg Burns<br>Name<br><br>10 Elm St<br>Street<br><br><br>Danvers, MA 01923<br>City                          State              ZIP Code | From 01/28/2020    To Present |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Cents and Balances - Katherine White<br>Name<br><br>PO Box 3916<br>Street<br><br><br>Concord, NH 03302<br>City                          State              ZIP Code | From 02/16/2021    To 02/02/2022 |

| Name and address | Dates of service |
|---|---|
| 26b.2. JLS Accounting Inc - Jaime Lyn Soares<br>Name<br><br>55 Green Street<br>Street<br><br><br>Bridgewater, MA 02324<br>City                          State              ZIP Code | From 2/2/2022    To 11/20/2022 |

| Name and address | Dates of service |
|---|---|
| 26b.3. GJBCPA Firm - Gregg Burns<br>Name<br><br>10 Elm Street<br>Street<br><br><br>Danvers, MA 01923<br>City                          State              ZIP Code | From 01/28/2020    To Present |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    ROOTS 'N SHOOTS, LLC

Name

Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Cents and Balances - Katherine White <br> Name <br> PO Box 3916 <br> Street <br><br> Concord, NH 03302 <br> City    State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2.** JLS Accounting Inc - Jaime Lyn Soares <br> Name <br> 55 Green Street <br> Street <br><br> Bridgewater, MA 02324 <br> City    State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.3.** GJBCPA Firm <br> Name <br> 10 Elm Street <br> Street <br><br> Danvers, MA 01923 <br> City    State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.** Small Business Administration <br> Name <br> 10 Causeway Street <br> Street <br><br> Boston, MA 02222 <br> City    State    ZIP Code |

| Name and address |
|---|
| **26d.2.** Internal Revenue Service <br> Name <br> 900 Chelmsford Street <br> Street <br><br> Lowell, MA 01851 <br> City    State    ZIP Code |

Debtor    ROOTS N SHOOTS, LLC                                    Case number (if known)
        Name

| Name and address |
| --- |

26d.3. **Newtek**
Name

1981 Marcus Ave 130
Street

New Hyde Park, NY 11042
City                        State            ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____
Name

_____
Street

_____
City                        State            ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Stevhan Kardell | Po Box 476 Westford, MA 01886-0012 | Manager/Owner, Owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | | From _____ To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    ROOTS N SHOOTS, LLC                                    Case number *(if known)*
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Stevhan Kardell<br>Name<br><br>Po Box 476<br>Street<br><br><br>Westford, MA 01886-0012<br>City              State        ZIP Code<br><br>**Relationship to debtor**<br><br>Manager | $119,165.19 | 11/17/2022-11<br>/17/2023 | Draws and Salary<br>from 11/15/2022 to<br>11/03/2023 |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/18/2023_____
         MM/  DD/  YYYY

**X** /s/ Stevhan Kardell                              Printed name                    Stevhan Kardell
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Manager_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION**

IN RE: **ROOTS 'N SHOOTS, LLC**                                    CASE NO

                                                                                  CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____11/18/2023_____     Signature _____/s/ Stevhan Kardell_____
                                                                                  Stevhan Kardell, Manager

Ally Financial Inc.
P.O. Box 380901
Bloomington, MN 55438


Arbella
PO Box Box 55392
Boston, MA 02205-5392


Berkovitch & Bouskila, PLLC
ATTN Ariel Bouskila, Esq.
80 Broad St Ste 3303
New York, NY 10004-2845


Bobcat of Boston, Inc.
20 Concord Street
North Reading, MA 01864


Camosse Masonry Supply
64 Southwest Cutoff
Worcester, MA 01604


Cavicchio Greenhouses, Inc.
110 Codjer Lane
Sudbury, MA 01776


Cedar Advance
25 ROBERT PITT DRIVE SUITE 204
Monsey, NY 10952


Cedar Advance LCC
2917 Avenue 204
Brooklyn, NY 11210

Cedar Advance, LLC
2917 Avenue Ste. 204
Brooklyn, NY 11210


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


Corporation Service Company
PO Box Box 2576
Springfield, IL 62708


Erika Marsilio and Iftekhar
Rahman
34 Sweetwater Ave
Bedford, MA 01730-1106


Goldsmith, Prest and
Ringwall, Inc.
39 Main St 301
Ayer, MA 01432


Gulsah Erkan and Murat Erkan
25 Bateson Dr
Andover, MA 01810-3401


Home Depot
PO Box 7032
Sioux Falls, SD 57117-7032


LEC Environmental
380 Lowell St
Wakefield, MA 01880

Matignetti's Enterprises Inc.
29 High Street
Woburn, MA 01801

Newco Capital Group VI, LLC
c/o VCorp Agent Services, Inc.
25 Robert Pitt Dr Ste 204
Monsey, NY 10952-3366

NewCo Capital Group VI, LLC
Berkovitch & Bouskila, PLLC
80 Broad St Suite 3303
New York, NY 10004-2230

Newtek Small Business
Finance, LLC
1981 Marcus Avenue Ste 130
New Hyde Park, NY 11042

NS Leasing, LLC
747 Pine Street Ste. 201
Burlington, VT 05401

Robert and Michele Gottlieb
69 Sherburn Circle Weston, Mass
Weston, MA 02493

Rohit Bhargava
15 Lillian Road
Lexington, MA 02420

Safety Insurance
PO Box Box 371312
15250-7312

Savage Farms
128 Lower Road
Deerfield, MA 01342

SBA EIDL Loan
O'Neill Federal Building
10 Causeway Street Room 265
Boston, MA 02222

Silverline Services, Inc.
265 Sunrise Highway Ste. 236
Rockville Centre, NY 11570

Sing Kwok
45 Village View Road
Westford, MA 01886

SiteOne Landscape Supply
300 Colonial Center Parkway 550
Roswell, GA 30076-4883

SodCo
PO Box BOX 2
Slocum, RI 02877

Stevhan Kardell
Po Box 476
Westford, MA 01886-0012

Strategic Turnaround LLC
50 Harrison Street Suite 109
Hoboken, NJ 07030

Strategic Turnaround, LLC
Processing Department
1 Bridge Plaza 2nd Fl.
Fort Lee, NJ 07024


Susan Tillman
36 Page Rd
Bedford, MA 01730-1333


The Dirt Doctors
960 Main Street
Acton, MA 01720


Thomas L. Bingham, Sr.
103 Brookfield Rd
Fiskdale, MA 01518-1135


U.S. Small Business
Administration
2 North 20th Street Ste. 320
Birmingham, AL 35203


Wells Fargo Vendor Financial
Services
PO Box 35701
Billings, MT 59107


Woburn Concrete & Masonry
Supply
237 Salem St
Woburn, MA 01801